CONSENT,ProSeLB

# U.S. District Court
# Northern District of Mississippi (Greenville Division)
# CIVIL DOCKET FOR CASE #: 4:19-cv-00139-DAS
# Internal Use Only

Kirkwood v. Herrinton et al  
Assigned to: Magistrate Judge David A. Sanders  
Cause: 42:1983pr Prisoner Civil Rights

Date Filed: 09/18/2019  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Thurman Kirkwood**  represented by  **Thurman Kirkwood**  
SMCI #2  
#102232  
PO Box 1419  
Leakesville, MS 39451-1419  
PRO SE

V.

**Defendant**

**Joe Herrinton**  
*Superintendent*

**Defendant**

**Ceasar**  
*Warden*

**Defendant**

**Pelicia Hall**  
*Commissioner*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2019 | 1 | PRISONER COMPLAINT challenging conditions of confinement,, filed by Thurman Kirkwood. (jla) |
| 09/18/2019 | 2 | MEMORANDUM IN SUPPORT re 1 Complaint filed by Thurman Kirkwood. (jla) |
| 09/18/2019 | 3 | MOTION to Proceed in forma pauperis by Thurman Kirkwood. (jla) |
| 09/18/2019 |  | (Court only) ***Set ProSeLB Case Flag (jla) |

| | | |
|---|---|---|
| 09/18/2019 | 4 | NOTICE OF ASSIGNMENT. Case assigned to Judge Brown and Magistrate Judge Sanders. (jla) |
| 09/18/2019 | 5 | **ORDER Setting PSP Deadline: PSP Forms due by 10/18/2019.. Signed by Clerk on 9/18/19. (jla)** |
| 09/18/2019 | 🔒 | (Court only) Staff Note: Copy of Doc 4 , 5 with acknowledgement(s) and Consent to Magistrate Form mailed to Plaintiff this date to address listed on docket. (jla) |
| 10/01/2019 | 6 | **ORDER granting 3 Motion for Leave to Proceed in forma pauperis without assessing payment of initial filing fee. Signed by Magistrate Judge David A. Sanders on 10/1/19. (jla)** |
| 10/01/2019 | 🔒 | (Court only) Staff Note: Copy of Doc 6 with acknowledgement(s) mailed to Plaintiff this date to address listed on docket. (jla) |
| 10/01/2019 | 🔒 | (Court only) Staff Note: Copy of Doc 6 mailed to Premier Supply Links this date to address listed in order. (jla) |
| 10/02/2019 | 7 | ACKNOWLEDGMENT OF RECEIPT re 5 Order Setting PSP Deadline and NOTICE OF INTENT to Continue Lawsuit (jla) |
| 10/02/2019 | 8 | CONSENT to Jurisdiction by US Magistrate Judge by Thurman Kirkwood. Case reassigned to Magistrate Judge David A. Sanders. (jla) Modified on 10/3/2019 (jwr). |
| 10/09/2019 | 9 | ACKNOWLEDGMENT OF RECEIPT re 6 Order on Motion to Proceed in forma pauperis. (jla) |